FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN HOFSTADER and RICHARD CERENZIA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENCY PHYSICIAN SERVICES PS; PROVIDENCE HEALTH AND SERVICES; SACRED HEART MEDICAL CENTER; and PROVIDENCE HOLY FAMILY HOSPITAL,<br><br>Defendants. | No. 2:18-CV-00062-SMJ<br><br>**ORDER DISMISSING DEFENDANT EMERGENCY PHYSICIAN SERVICES, P.S.** |

Before the Court is the parties' Stipulated Motion to Dismiss Emergency Physician Services, P.S. Only, ECF No. 37. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss Emergency Physician Services, P.S. Only, **ECF No. 37**, is **GRANTED**.

**2.** All claims against Defendant Emergency Physician Services, P.S. are

ORDER DISMISSING DEFENDANT EMERGENCY PHYSICIAN SERVICES, P.S. **-** 1

**DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. The Clerk's Office is **DIRECTED** to **TERMINATE** Emergency Physician Services, P.S. as a defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of January 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING DEFENDANT EMERGENCY PHYSICIAN SERVICES, P.S. **-** 2