AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NATHAN HOFSTADER, individually and on behalf of others similarly situated, and RICHARD CERENZIA, individually and on behalf of all others similarly situated,
*Plaintiff*

v.

PROVIDENCE HEALTH AND SERVICES, SACRED HEART MEDICAL CENTER, and PROVIDENCE HOLY FAMILY HOSPITAL,
*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 19, 2021**

SEAN F. McAVOY, CLERK

Civil Action No.  2:18-cv-00062-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   This Action is DISMISSED WITH PREJUDICE and Judgment is entered in favor of Plaintiffs consistent with the Order Granting Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Award of Attorney Fees, Costs, and Service Awards (ECF No. 58)

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR.   on plaintiff's unopposed motion for Final Approval of Class Action Settlement and Award of Attorneys Fees, Costs and Service Awards (ECF No. 54)

Date:  02/19/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates